# ELECTRONIC RECORD

COA # 03-11-00317-CR          OFFENSE: 34.02

STYLE: Bennie Fuelberg v. The State of Texas          COUNTY: Blanco

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 424th District Court

DATE: 07/16/14          Publish: YES     TC CASE #: CR01015

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Bennie Fuelberg v. The State of Texas          CCA #: **1537-14**

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_refused_          JUDGE: _____

DATE: _March 18, 2015_          SIGNED: _____     PC: _____

JUDGE: _PC_          PUBLISH: _____     DNP: _____

Richardson, J., NOT PARTICIPATING

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**